**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

UNITED STATES OF AMERICA

v.                                                           No. 3:24-CR-48
                                                             Varlan/Poplin

BARABARA MULLINS and
CALEB MULLINS
_____

**MOTION TO DISMISS COUNTS 1-15 OF THE INDICTMENT**
_____

Come the defendants, Barbara Mullins and Caleb Mullins, through counsel, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v), and the Fifth and Sixth Amendments to the United States Constitution, and respectfully move the Court to dismiss Counts 1-15 of the Indictment filed on May 15, 2024. Counts 1-15 allege violations of 18 U.S.C. § 1347 (Health Care Fraud) and 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud). The Defendants submit that the underlying program at issue in this case, the Energy Employees Occupational Illness Compensation Program Act, does not qualify as a "health care benefit program" under 18 U.S.C. § 24(b) and 18 U.S.C. § 1347. Accordingly, counts 1-15 of the Indictment must be dismissed.

Respectfully submitted on April 7, 2025.

<div style="margin-left: 50%;">
s/ Robert R. Kurtz
Robert R. Kurtz
BPR No. 20832
625 Market Street, Ste. 901
Knoxville, TN 37902
865-522-9942
rrkurtz@gmail.com
</div>

1

s/ Jonathan D Cooper
Jonathan D. Cooper
BPR No. 016041
607 Market Street, Ste. 1100
Knoxville, TN 37902
865-524-8106
cooper@knoxdefense.com

2